NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SADLE DONNAILL HOWARD, JR.,   )
DOC #B02438,                  )
                             )
            Appellant,        )
                             )
v.                            )   Case No. 2D17-4943
                             )
STATE OF FLORIDA,             )
                             )
            Appellee.         )
_____ )

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Christine Greider, Judge.

Sadle Donnaill Howard, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

            Affirmed.


LaROSE, BLACK, and SMITH, JJ., Concur.